UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

NINA MILLARD,

                        Plaintiff,

                -against-

CITY OF NEW YORK; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                      Defendants.

**AFFIDAVIT OF SERVICE**

14 CV 5847 (CBA)(JO)

----------------------------------------------------------------x

        I, Ramsey Baines, being duly sworn deposes and says:

        1.      I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

        2.      On October 9, 2014, at approximately 3:58 p.m., I served the summons and complaint in this matter on the City of New York, by delivering a copy of same to Jerry Bradshaw, a person of suitable age and discretion at defendant's actual place of business within the state located the New York City Law Department, 100 Church Street, New York, New York.

        3.      Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or

concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
October 14, 2014

Ramsey Baines

Sworn to me on 14th day of October 2014


NOTARY PUBLIC